UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NORMAN IVORY,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

Case No. 1:26-cv-09259-FJS (PC)

ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS

(ECF No. 2)

TWENTY-ONE (21) DAY DEADLINE

Plaintiff Norman Ivory ("Plaintiff") is former state prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2). Yet Plaintiff's application is insufficient for the court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff does not specify the pay period for his gross wages (e.g., weekly, bi-weekly, monthly, etc.). (*See* ECF No. 2 at ¶ 2.) Having considered the application, the court requires additional information to determine whether Plaintiff is entitled to proceed in forma pauperis in this action.

Accordingly, the court will order Plaintiff to complete and file an application to proceed in district court without prepaying fees or costs (long form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that she intends to leave blank. If Plaintiff is unwilling to complete and submit the long form

application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The clerk of the court is directed to forward an application to proceed in district court without prepaying fees or costs (long form) – AO 239 to Plaintiff;

2 Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed application to proceed in district court without prepaying fees or costs (long form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE