UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN IVORY,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | Case No. 1:26-cv-09259-FJS (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR SERVICE BY THE UNITED STATES MARSHALS SERVICE<br><br>(ECF No. 5) |

Plaintiff Norman Ivory ("Plaintiff") is former state prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2). On November 17, 2026, the court ordered Plaintiff to file a long form application to proceed in forma pauperis. (ECF No. 4.) On November 19, 2026, Plaintiff requested that the court order service of process upon Defendants by the United States Marshals Service or other person appointed by the court. (ECF No. 5.) Plaintiff's request to proceed in forma pauperis remains pending and Plaintiff has not paid the filing fee.

If Plaintiff's application to proceed in forma pauperis is granted once Plaintiff's submits the required long form, the court is required to screen Plaintiff's complaint. *See* 28 U.S.C. § 1915(e)(2).

Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary

relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii).

Once Plaintiff's complaint is screened and there is an order to proceed on cognizable claims, the court will order service of process on the cognizable claims. *See* Fed. R. Civ. P. 4(c)(3).

If Plaintiff's application to proceed in forma pauperis is not granted, Plaintiff will be required to pay the filing fee or this action will be dismissed.

Since Plaintiff's application to proceed in forma pauperis remains pending and Plaintiff has not paid the filing fee, service of Plaintiff's complaint is premature. Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's request for service by the United States Marshals Service, or other person appointed by the court, (ECF No. 5), is DENIED.

IT IS SO ORDERED.

Dated: **November 24, 2026**

UNITED STATES MAGISTRATE JUDGE